# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# MISSOULA DIVISION

| | |
|---|---|
| SHERRIE SORENSON, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PRAXAIR, INC., a Delaware corporation, and ) <br> PRAXAIR HEALTHCARE SERVICES, INC., ) <br> a Delaware corporation, ) <br> ) <br> Defendants. ) <br> ) | Case No. CV-09-50-M-DWM-JCL <br><br> **STIPULATION FOR DISMISSAL** |

Pursuant to F.R.C.P. 41(a)(1)(A)(ii), Plaintiff Sherrie Sorenson and Defendants PRAXAIR, INC. and PRAXAIR HEALTHCARE SERVICES, INC., stipulate to dismiss this action without prejudice, each party to bear its or his own costs and attorneys' fees.

All parties whose signature lines appear in the document have consented to its filing.

DATED this 16th day of April, 2009.

Respectfully submitted,

s/ *Terance P. Perry*
Terance P. Perry
Datsopoulos, MacDonald & Lind, P.C.
201 W. Main St., Suite 201
Missoula, MT 59802
Telephone: (406) 728-0810
Facsimile: (406) 543-0134

ATTORNEYS FOR PLAINTIFF

s/ *Joshua B. Kirkpatrick*
Joshua B. Kirkpatrick
Littler Mendelson, PC
1200 17th Street, Suite 1000
Denver, CO 80202
Telephone: 303.629.6200
Facsimile: 303.629.0200

ATTORNEYS FOR DEFENDANTS
PRAXAIR, INC. AND PRAXAIR
HEALTHCARE SERVICES, INC.